UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. **2:21-4594-MCS (MAR)**	Date: June 24, 2021

Title	*Evelyn Martinez v. City of Los Angeles*

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA VALENCIA | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: FAILURE TO PAY FILING FEE OR FILE REQUEST TO PROCEED <u>IN FORMA PAUPERIS</u>**

Plaintiff Evelyn Martinez ("Plaintiff") has filed a civil rights complaint under 42 U.S.C. § 1983. ECF Docket No. ("Dkt.") 5. Plaintiff has neither paid the mandatory $402.00 filing fee, nor filed a request to proceed in forma pauperis.[1]

Accordingly, if Plaintiff wishes to proceed with this lawsuit, **on or before July 26, 2021**, she must: (1) pay the full $402.00 filing fee; (2) file a request for in forma pauperis status; or (3) show cause in writing why she is unable to do so. The Clerk of Court is directed to mail Plaintiff a blank copy of the district's form in forma pauperis request (CV-60).

**Plaintiff is expressly warned that her failure to timely comply with this Order may result in denial of her in forma pauperis application and/or dismissal of this action without prejudice.**

IT IS SO ORDERED.

Initials of Preparer : ev

---

[1] In addition, Plaintiff is required to file an AO 440 Summons in a Civil Action Form. The Clerk of Court is directed to also provide Plaintiff with a blank AO 440 Form, for Plaintiff to complete and file with her response to this OSC.

                                    |
                                    |
                                    |
                                    |
                                    |
                                    |
                                    |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|                                      | CASE NUMBER                              |
|--------------------------------------|------------------------------------------|
| PLAINTIFF/PETITIONER,<br>v.<br><br>DEFENDANT(S). | **REQUEST TO PROCEED<br>IN FORMA PAUPERIS WITH<br>DECLARATION IN SUPPORT** |

I, _____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes  ☐No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?     ☐Yes  ☐No
   b. Rent payments, interest or dividends?               ☐Yes  ☐No
   c. Pensions, annuities or life insurance payments?     ☐Yes  ☐No
   d. Gifts or inheritances?                              ☐Yes  ☐No
   e. Any other income (other than listed above)?         ☐Yes  ☐No
   f. Loans?                                              ☐Yes  ☐No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each

   source during the past twelve (12) months: _____

   _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes ☐No

   If the answer is yes, describe the property and state its approximate value:

5. In what year did you last file an Income Tax return?

   Approximately how much income did your last tax return reflect?

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

| State | County (or City) |
|---|---|

I, _____, declare under penalty of perjury that the foregoing is true and correct.

| Date | Plaintiff/Petitioner (Signature) |
|---|---|