JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN MARTINEZ, | Case No. 2:21-cv-04594-MCS (MAR) |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF LOS ANGELES, | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: July 28, 2023

*Mark C. Scarsi*

HONORABLE MARK C. SCARSI
United States District Judge